IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BILL CARMAN,

    Plaintiff,

vs.                                                                          Civ. No. 99-744 WWD/RLP

LARRY SWANN,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon a Motion for Contempt and/or to Enforce Settlement Agreement filed by Plaintiff Bill Carman on June 4, 2001. On January 3, 2000, a Stipulation of Dismissal was filed by the parties. The case was then closed. The Court did not retain jurisdiction to enforce a settlement agreement, and no agreement was made a part of the Court file. The Court did not enter a judgment in this cause. There is presently no jurisdiction over the parties, and the Court does not have the power to enforce the settlement agreement which was made a part of the instant motion.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion for Contempt and/or to Enforce Settlement Agreement [docket no. 18] be, and it is hereby, DENIED.

_____
UNITED STATES MAGISTRATE JUDGE